01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
07                                   AT SEATTLE

08  UNITED STATES OF AMERICA,          )    CASE NO. MJ 07-543
                                       )
09           Plaintiff,                )
                                       )
10      v.                             )
                                       )    DETENTION ORDER
11  ANTHONY DRAWHORN,                  )
                                       )
12           Defendant.                )
    _____ )

13

14  <u>Offense charged</u>:        Possession of MDMA with Intent to Distribute; Attempted Possession of

15                       MDMA with Intent to Distribute

16  <u>Date of Detention Hearing</u>:    November 28, 2007

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.      Defendant has been charged with a drug offense the maximum penalty of which is

01  in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both

02  dangerousness and flight risk, under 18 U.S.C. §3142(e).

03      2.  Defendant is not currently employed.  He states that he has been caring for his

04  mother in Southern California since June 2007.  His wife and three children recently relocated to

05  Toronto, Canada.  He is a United States citizen, with a Canadian driver's license.  He has few ties

06  to this District.  His background information was not verified.  He has  pending controlled

07  substance and firearms charges in state court in Southern California.

08      3.  Taken as a whole, the record does not effectively rebut the presumption that no

09  condition or combination of conditions will reasonably assure the appearance of the defendant as

10  required and the safety of the community.

11  It is therefore ORDERED:

12      (1)  Defendant shall be detained pending trial and committed to the custody of the

13      Attorney General for confinement in a correction facility separate, to the extent

14      practicable, from persons awaiting or serving sentences or being held in custody

15      pending appeal;

16      (2)  Defendant shall be afforded reasonable opportunity for private consultation with

17      counsel;

18      (3)  On order of a court of the United States or on request of an attorney for the

19      Government, the person in charge of the corrections facility in which defendant is

20      confined shall deliver the defendant to a United States Marshal for the purpose of

21      an appearance in connection with a court proceeding; and

22      (4)  The clerk shall direct copies of this Order to counsel for the United States, to

DETENTION ORDER                 15.13
18 U.S.C. § 3142(i)                 Rev. 1/91
PAGE 2

01  counsel for the defendant, to the United States Marshal, and to the United States

02  Pretrial Services Officer.

03  DATED this 28th day of November, 2007.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                     15.13
18 U.S.C. § 3142(i)                                               Rev. 1/91
PAGE 3